

PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   15–10265 – PM   Chapter:  7

| DaVon Christoper Abrams | Katrina Sherri Abrams |
| --- | --- |
| 9502 Tiberias Drive | 9502 Tiberias Drive |
| Upper Marlboro, MD 20772 | Upper Marlboro, MD 20772 |

## ORDER THAT BANKRUPTCY PETITION PREPARER
## SHOW CAUSE WHY FEES SHOULD NOT BE REFUNDED

A review of the case reveals that the Bankruptcy Petition Preparer has not:

☐ Completed or signed the section of the voluntary petition captioned Signature of Non–Attorney Bankruptcy Petition Preparer.

☐ Filed, completed, and/or signed Official Form 19 Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer.

☑ Filed, completed, and/or signed Form 280 Disclosure of Compensation of Bankruptcy Petition Preparer.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the bankruptcy petition preparer, Sharon Yvette Avery, show cause, if there be any, on or before the date designated above, in a writing filed with the Clerk of the Bankruptcy Court, why the bankruptcy petition preparer should not be ordered to refund all fees for failure to complete the required filing(s) pursuant to 11 U.S.C. §110. Completion of the required filing(s) by the same date shall dissolve this Order to Show Cause.

cc:   Debtor(s)
      Bankruptcy Petition Preparer– Sharon Yvette Avery
      Chapter 7 Trustee – Roger Schlossberg
      U.S. Trustee

23.9 – 5/21/12 – *dsmith*

**End of Order**