B280 (Form 280) (10/05)

# United States Bankruptcy Court

District Of _Maryland_

In re _Abrams, Katrina Sherri_
_Abrams, DaVon Christopher_
        Debtor

Case No. _15-10265_

Chapter _7_

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept............... $ _250.00_

   Prior to the filing of this statement I have received............................ $ _250.00_

   Balance Due........................................................................................ $ _0_

2. I have prepared or caused to be prepared the following documents (itemize): _(see attachment)_

   and provided the following services (itemize):

3. The source of the compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME
X _Sharon Y. A_____
        Signature

Printed name and title, if any, of Bankruptcy Petition Preparer
Address: _4904 King Patrick Way_
_Upper Marlboro, MD 20772_

SOCIAL SECURITY NUMBER

_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_
Social Security number of bankruptcy petition preparer (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_1/20/15_
Date

[FILED JAN 26 2015 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND GREENBELT]

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Case # 15-10265*

## Itemized Charges for Chapter 7 Bankruptcy Petition Preparation

**Debtors:** Abrams, DaVon Christopher
Abrams, Katrina Sherri

**Bankruptcy Petition Preparer:** Sharon Y. Avery

| **Service** | **Rate** | **Charge** |
|---|---|---|
| Petition Document Preparation | 8 hours x $25 per hour | $200 |
| 3 Copies (Petition Document) | 150 pages x .25 each | $37.50 |
| Transportation Costs (To/From Meetings/Copy Center) | | $12.50 |
| | **Total** | **$250** |