Entered: January 27, 2015
Signed: January 27, 2015
**SO ORDERED**

Case 15-10265    Doc 17    Filed 01/27/15    Page 1 of 1



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   15–10265 – PM    Chapter:   7

| DaVon Christoper Abrams | Katrina Sherri Abrams |
|---|---|
| 9502 Tiberias Drive | 9502 Tiberias Drive |
| Upper Marlboro, MD 20772 | Upper Marlboro, MD 20772 |

## ORDER DISSOLVING SHOW CAUSE ORDER

Upon consideration of the response filed by Sharon Yvette Avery to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered January 9, 2015, is hereby DISSOLVED.

cc:  Debtor(s)
    Attorney(s) for Debtor(s) – PRO SE
    Case Trustee – Roger Schlossberg
    U.S. Trustee

**End of Order**

39.14 (05/31/1990) – *dsmith*