

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   15–10265 – PM     Chapter: 7

| | |
|---|---|
| DaVon Christoper Abrams<br>9502 Tiberias Drive<br>Upper Marlboro, MD 20772 | Katrina Sherri Abrams<br>9502 Tiberias Drive<br>Upper Marlboro, MD 20772 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated January 9, 2015, the above–captioned Debtor(s) was/were admonished to file:

- ☐ Schedules A B D E F G H I J and Declaration Concerning Debtor(s) Schedules
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Statement of Financial Affairs
- ☒ Other: Matrix Verification

within fourteen (14) days. Debtor(s) has/have failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) show cause, if any there be, by the date designated above, in a writing filed with

Clerk, U.S. Bankruptcy Court
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

why this case should not be dismissed, pursuant to 11 U.S.C. § 707(a), and all debts scheduled by Debtor(s) barred from discharge for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case and/or denial of discharge of the debts scheduled by Debtor(s) without further notice.

cc:  Debtor(s)
     Attorney for Debtor(s) – PRO SE
     Chapter 7 Trustee – Roger Schlossberg
     U.S. Trustee

**End of Order**

39.1 – *dsmith*