Notice of Undeliverable Mail to Debtor

February 6, 2015

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: DaVon Christoper Abrams, Case Number 15-10265, pm

**FILED**

FEB 1 0 2015

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court
Greenbelt
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770**

---

Undeliverable Address:
American Collections Ent.
6094D Franconia Road
Alexandria, VA 22310

Reason Undeliverable: MOVED NO FORWARDING ADDRESS

THE UPDATED ADDRESS IS:
205 South Whiting Street Alexandria VA, 22304

---

Undeliverable Address:
Southern Management

1

024152                                    13607024176049

INVALID ADDRESS PROVIDED

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

_____

_____   _____
Signature of Debtor or Debtor's Attorney   Date: 2/10/15

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2