Notice of Returned Mail to Debtor/Debtor's Attorney

January 30, 2015

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: DaVon Christoper Abrams, Case Number 15-10265, pm

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Greenbelt
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770**

FILED
MAR - 9 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Southern Management
27 Court House Square
Silver Spring, MD 20910

THE UPDATED ADDRESS IS: 9658 Baltimore Ave Suite 105 College Park MD 20740

_____     2/6/15
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

017345                    13107017362018