# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 3/10/15**

In re:   Case No.:   15−10265 PM   Chapter:   7

| | |
|---|---|
| DaVon Christoper Abrams<br>Debtor(s) | Katrina Sherri Abrams |

# DEFICIENCY NOTICE

DOCUMENT:   31 – Amended Schedules filed: Schedule D, on Behalf of DaVon Christoper Abrams , Katrina Sherri Abrams, Amendment to List of Creditors Filed by DaVon Christoper Abrams, Katrina Sherri Abrams . (Attachments: # 1 Exhibit Amended Schedules) (Smith, Denise)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 3/24/15.**

CURE:   The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008)

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith  410−962−4414

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)